RECEIVED
IN LAKE CHARLES, LA

APR 23 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JERRY SANDIFER AND FELICIA SANDIFER | CIVIL ACTION NO. 2:06 CV 1580 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN SECURITY INSURANCE COMPANY | MAGISTRATE: WILSON |

## JUDGMENT OF DISMISSAL

On motion of plaintiffs, JERRY SANDIFER and FELICIA SANDIFER, through undersigned counsel, and on suggesting to the Court that the parties have settled all claims in this matter and that the amount agreed upon has been paid:

IT IS ORDERED, ADJUDGED AND DECREED that the above-numbered and entitled suit be and the same is hereby dismissed, with full prejudice, as to the rights of JERRY SANDIFER and FELICIA SANDIFER against AMERICAN SECURITY INSURANCE COMPANY

Each party to bear their own costs.

Lake Charles, Louisiana this 23rd day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE